Dennis MOORE, Appellant,

v.

STATE of Missouri, Respondent.

No. 49776.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 22, 1985.

Motion for Rehearing and/or Transfer
Denied Nov. 21, 1985.

Linda Vespereny, St. Louis, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

**ORDER**

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to a Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).

IN the INTEREST OF K.M., Respondent,

v.

I.M., Appellant.

No. 49541.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 26, 1985.

Adrienne E. Anderson, Clayton, for appellant.

Dudley C. Dunlop, Corinne L. Richardson, Juvenile Court, Brian P. Seltzer, Clayton, for respondent.

ORDER

PER CURIAM.

Mother appeals from an order of the juvenile court terminating her parental rights to her daughter, K.M. Judgment affirmed in accordance with Rule 84.16(b). The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment. No jurisprudential purpose would be served by a written opinion.

STATE of Missouri, Respondent,

v.

Eldon E. MALONEY, Appellant.

No. 49645.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 22, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 21, 1985.

Holly G. Simons, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for receiving stolen property, in violation of § 570.080, RSMo 1978 and for tampering with a witness, in violation of § 575.270, RSMo Supp.1983.

Judgment affirmed. Rule 30.25(b).